sources of her knowledge. She is greatly interested in the result of the trial, and should be subjected to a rigid cross-examination.

The order should be reversed, with $10 costs and disbursements, and the motion to open the default granted, with $10 costs, and the cause set down for trial for the October term. All concur.

---

### SCHARFF v. SUPREME LODGE K. H.

(Supreme Court, Appellate Division, First Department. July 13, 1904.)

1. INTERPLEADER—COSTS.
   Where defendant was sued for a debt which it admitted owing, but the right to receive which was asserted by adverse claimants, it was not entitled, on payment of the fund into court pursuant to an order of interpleader, to recover costs.

Appeal from Special Term, New York County.

Action by Emil F. Scharff against the Supreme Lodge Knights of Honor on a certificate of insurance. Defendant filed a verified motion for an order of interpleader, showing that the amount claimed by plaintiff was also claimed by Margaretta Scharff, and offering to pay the amount of the certificate into court on substituting Margaretta Scharff as defendant. From an order granting the motion for interpleader, and allowing defendant costs, plaintiff appeals. Modified in part.

Argued before VAN BRUNT, P. J., and HATCH, McLAUGHLIN, PATTERSON, and O'BRIEN, JJ.

Emanuel S. Cahn, for appellant.
Henry A. Powell, for respondent.

PER CURIAM. We think this order should be affirmed, but defendant was not entitled upon such a motion to have costs awarded to it. The order accordingly should be modified by striking out the $10 costs, and, as so modified, affirmed, without costs.